UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY ALEXANDRA BELALCAZAR ARCOS,<br><br>    Petitioner,<br><br> v.<br><br>CORE CIVIC INC., et. al.,<br><br>    Respondents. | No.  1:25-CV-01930-DC-DMC<br><br><br>ORDER |

   Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). See ECF No. 11. Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response to the pending petition.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Respondent is directed to file a response within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/ / /

/ / /

/ / /

1

2. Petitioner's reply, if any, is due on or before 30 days from the date Respondent's response is filed.

Dated: December 31, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE